**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**RONALD C. CREVER,**

                **Plaintiff,**

     **v.**                                    **6:08-CV-0391**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

**APPEARANCES:**                             **OF COUNSEL:**

RONALD C. CREVER
219 Turin Street
Rome, New York 13440
Plaintiff *pro se*

HON. RICHARD S. HARTUNIAN         TOMASINA DiGRIGOLI, ESQ.
United States Attorney for the            Special Assistant United States Attorney
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7198
Attorney for Defendant

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

**ORDER**

    The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 18th day of May 2010. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

    **ORDERED** that:

    1. The Report-Recommendation is hereby adopted in its entirety.

    2.  The Commissioner's motion to dismiss (Dkt. No. 14) is granted and Crever's complaint is dismissed with prejudice.

    3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

    **IT IS SO ORDERED.**

Dated:  June 10, 2010
        Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge